**Dwight Clayton BELTON,
Plaintiff–Appellant,**

v.

**Randy GROUNDS, Warden; et
al., Defendants–Appellees.**

No. 13–15927.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2014.\*

Filed June 18, 2014.

Dwight Clayton Belton, Oakland, CA,
pro se.

Loran Simon, Deputy Attorney General,
AGCA–Office of The California Attorney
General, San Francisco, CA, for Defen-
dants–Appellees.

Before: McKEOWN, WARDLAW, and
M. SMITH, Circuit Judges.

MEMORANDUM \*\*

Former California state prisoner Dwight
Clayton Belton appeals pro se from the
district court's summary judgment dis-
missing his 42 U.S.C. § 1983 action alleg-
ing equal protection violations arising from
an allegedly racially discriminatory can-
teen incident. We have jurisdiction under
28 U.S.C. § 1291. We review de novo,
*Ford v. City of Yakima,* 706 F.3d 1188,
1192 (9th Cir.2013), and we affirm.

The district court properly granted sum-
mary judgment because Belton failed to
raise a genuine issue of material fact as to
whether defendants acted with an intent or
purpose to discriminate against him on the
basis of his race. *See Furnace v. Sullivan,*
705 F.3d 1021, 1030 (9th Cir.2013) ("To
state a claim under 42 U.S.C. § 1983 for a
violation of the Equal Protection Clause of
the Fourteenth Amendment a plaintiff
must show that the defendants acted with
an intent or purpose to discriminate
against the plaintiff based upon member-
ship in a protected class." (citation and
internal quotation marks omitted)).

The district court did not abuse its dis-
cretion in denying Belton's motion for ap-
pointment of counsel because Belton failed
to demonstrate exceptional circumstances.
*See Palmer v. Valdez,* 560 F.3d 965, 970
(9th Cir.2009) (setting forth standard of
review and explaining "exceptional circum-
stances" requirement).

The district court did not abuse its dis-
cretion in denying Belton's requests to
conduct additional discovery of eyewit-
nesses. *See Tatum v. City of San Fran-
cisco,* 441 F.3d 1090, 1100–01 (9th Cir.
2006) (setting forth standard of review and
explaining that summary judgment is ap-
propriate "[a]bsent a showing by ...
[plaintiff] that additional discovery would
have revealed specific facts precluding
summary judgment").

We reject Belton's contention that the
district court did not provide him with a
fair opportunity to prosecute his case.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.?